IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID WAYNE WELCHEL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-161(MTT) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Charles H. Weigle recommends granting the Plaintiff's motion for attorney's fees (Doc. 15). (Doc. 18). Neither party has filed an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion (Doc. 15) is **GRANTED**. It is **ORDERED** that the Plaintiff receive attorney's fees in the amount of $5,759.98.

**SO ORDERED**, this 30th day of March, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT