IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID WAYNE WELCHEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:14-CV-161 (MTT) |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Magistrate Judge Charles H. Weigle recommends granting Plaintiff David Wayne Welchel's Motion for Attorney's Fees (Doc. 21) pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Doc. 25. Neither party has filed an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, Welchel's motion (Doc. 21) is **GRANTED**. It is **ORDERED** that Welchel receive attorney's fees in the amount of $11,470 and that these fees be paid directly to him. Welchel's counsel is also **DIRECTED** to refund $5,359.98 in fees that were previously collected.

**SO ORDERED**, this 15th day of May, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT